UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RETIREMENT & SECURITY PROGRAM FOR EMPLOYEES OF THE NATIONAL TELECOMMUNICATIONS COOPERATIVE ASSOCIATION AND ITS MEMBER SYSTEMS,<br><br>Plaintiffs,<br><br>v.<br><br>JEAN APPLETON AND JUDITH JOHNSON,<br><br>Defendants. | Civil No. 08-0168 (JRT/RLE)<br><br>**ORDER** |

---

Gary A. Debele, **WALLING BERG & DEBELE, PA**, 121 South Eighth Street, Suite 1100, Minneapolis, MN 55402, for defendant Appleton.

Thomas P. Malone and Susan E. Tegt, **BARNA GUZY & STEFFEN, LTD.**, 200 Coon Rapids Boulevard, Suite 400, Minneapolis, MN 55433-5894, for defendant Johnson.

This matter is before the Court on the parties' Stipulation of Dismissal filed on January 26, 2010 [Docket No. 65].

**IT IS HEREBY ORDERED** that pursuant to the foregoing Stipulation, the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs to any of the parties.

THE COURT ADMINISTRATOR'S OFFICE OF THE FEDERAL COURT IS HEREBY ORDERED TO RELEASE THE FOLLOWING FUNDS HELD IN TRUST AS FOLLOWS AND WITHIN TEN (10) DAYS OF THE DATE OF THIS ORDER:

1) $90,720.00 to Defendant Judith A. Johnson, Social Security No: [REDACTED}-[REDACTED]-9409.

2) $66,097.75 to Defendant Jean Appleton, Social Security No. : [REDACTED]-[REDACTED]-0868.

Dated: January 27, 2010
at Minneapolis, Minnesota

    s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge